IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RANDY ANDERSON,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

 Appellant,

v.         CASE NO. 1D16-1219

STATE OF FLORIDA,

 Appellee.

_____/

Opinion filed July 7, 2016.

An appeal from an order of the Circuit Court for Duval County.
Russell L. Healey, Judge.

Randy Anderson, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Giselle D. Lylen, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

 AFFIRMED.

BILBREY, KELSEY, and M.K. THOMAS, JJ., CONCUR.